United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO I.[1],<br>Petitioner, | §<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO. 1:26-cv-851 |
| DAVID VENTURELLA, *et al.*, *in their official capacities*,<br>Respondents. | §<br>§<br>§ | |

**ORDER REQUIRING STATUS REPORT**

The Court **ORDERS** Respondents to file a status report concerning the return of Petitioner by **no later than November 9, 2026**. If Petitioner has been returned to the United States, this report should also include the status of Petitioner's immigration proceedings, including whether Petitioner's appeal before the BIA remains pending and the statutory authority under which Petitioner is detained.

Signed on October 26, 2026.

Karen Betancourt
____________________________
Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.